# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DAVON E. McCOY,

    Plaintiff,

v.

J. STRATTON, et al.,

    Defendants.

No. 2:12-cv-1137 WBS-DB

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Davon E. McCoy, CDCR # H-67575, a necessary and material witness in a settlement conference in this case on August 14, 2017, is confined in California State Prison, Los Angeles (LAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by video conference from his present place of confinement, to the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Monday, August 14, 2017 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. The writ issued on May 25, 2017 for inmate Davon E. McCoy, CDCR # H-67575, to be transported to the courthouse for the August 14, 2017 settlement conference, is vacated.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, P. O. Box 8457, Lancaster, California 93536:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

////
////
////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 7, 2017

                                          /s/  DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE