UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVON E. McCOY,

    Plaintiff,

v.

J. STRATTON, et al.,

    Defendants.

No. 2:12-cv-1137 WBS DB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Davon E. McCoy H-67575, a necessary and material witness in proceedings in this case on October 31, 2017, is confined in California State Prison, Los Angeles County, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by telephonic-conferencing at California State Prison, Los Angeles County, October 31, 2017, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. On the day and time of the settlement conference, the Litigation Coordinator shall contact the court by telephone 877-848-7030, and use access code 7431521; and

4. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California State Prison, Los Angeles County, 661-729-6994.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Los Angeles County 44750 60th Street West, Lancaster, California 93536-7620:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 13, 2017

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/kly
mcco1137.841.tele