1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVON E. McCOY,                      No.  2:12-cv-1137 WBS DB

12              Plaintiff,

13         v.                              ORDER

14    J. STRATTON, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  A telephonic settlement conference was held on October 31, 2017.  After

19    negotiations the parties resolved this case in its entirety.  Pursuant to the settlement agreement the

20    plaintiff and remaining defendants,[1] Barnes, Dingfelder, Epp, Hughes, Sweeney, and Stratton,

21    stipulated that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure

22    41(a)(1)(A)(ii).

23    ////

24    ////

25    _____

26    [1] Defendant Grinde was previously dismissed from this action.  Grinde was only named as a
      defendant in plaintiff's deliberate indifference claim, which was dismissed by the court.  See ECF
27    No. 43 at 13 (recommending defendant's summary judgment motion be granted on plaintiff's
      deliberate indifference claim) and ECF No. 44 (adopting the findings and recommendations in
28    full).

                                          1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  February 7, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner-Civil Rights/mcco1137.59c